# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2225

_____

| | | |
|---|---|---|
| Denny R. Hardin, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Basil Porter; Kansas City Auto | * | [UNPUBLISHED] |
| Auction; Manheim Corporation, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 4, 1998
Filed: September 9, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Denny R. Hardin appeals the district court's[1] dismissal of his lawsuit asserting claims of civil rights violations and employment discrimination, together with related state law claims. After careful review of the record and the parties' briefs, we affirm the dismissal of the federal claims for the reasons stated by the district court. We also affirm the dismissal without prejudice, under 28 U.S.C. § 1367, of the supplemental state law claims. See 28 U.S.C. § 1367(d) (tolling period of limitations for state law

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

claims while claims are pending and for 30 days after dismissal or longer period if provided by state law).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-